UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARM LABOR ORGANIZING COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-cv-645 (JMC)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO SET ORAL ARGUMENT**

Plaintiff Farm Labor Organizing Committee (FLOC) hereby moves this Court to set oral argument on the parties' pending cross-motions for summary judgment (ECF Nos. 22 & 23). The cross-motions for summary judgment have been fully briefed since June 21, 2021.

This action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, concerns a June 7, 2018, FOIA request for records of Department of Labor (DOL) investigations conducted in 2015, 2016, or 2017 that found that an agricultural employer had violated federal labor law. In March 2021, DOL produced to FLOC narrative reports for approximately 77 agricultural employers. DOL, however, redacted the names of several tobacco buyers from records it produced on the asserted basis that such information was "confidential" within the scope of FOIA exemption 4.

The parties filed cross-motions for summary judgment on the withholdings for which DOL claimed FOIA exemption 4. Those motions are fully briefed and awaiting decision by this Court. Since the motions have been fully briefed, FLOC has filed four notices of supplemental authority addressing issues raised in the parties' pending cross-motions for summary judgment. *See* ECF Nos. 28–30, 34.

1

      FLOC respectfully submits that oral argument would assist the Court in its disposition of the parties' summary judgment motions, and, accordingly, requests that the Court set oral argument on the parties' motions. Pursuant to Local Civil Rule 7(m), the parties conferred by email. Counsel for DOL stated that "the agency has no position on the matter and can be available at the Court's discretion if the Court requests it."

Dated: January 30, 2023

                                                Respectfully submitted,

                                                /s/  Wendy Liu
                                                Wendy Liu (D.C. Bar No. 1600942)
                                                Michael T. Kirkpatrick (D.C. Bar No. 486293)
                                                Public Citizen Litigation Group
                                                1600 20th Street NW
                                                Washington, DC 20009
                                                (202) 588-1000
                                                wliu@citizen.org

                                                *Counsel for Plaintiff*