UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FARM LABOR ORGANIZING COMMITTEE,

        Plaintiff,

   v.

U.S. DEPARTMENT OF LABOR,

        Defendant.

Case No. 20-cv-645 (JMC)

**ORDER**

The Court **ORDERS** that the Parties shall meet and confer and determine whether, in light of the Court's memorandum opinion, this case can be resolved in whole or in part without further judicial intervention.

It is further **ORDERED** that the Parties shall file a joint status report by **August 18, 2025** addressing whether this dispute remains live, and whether Defendant intends to disclose any or all of the withheld records to Plaintiff. If Defendant intends to disclose any withheld record to Plaintiff, the status report will propose a schedule for the release of those records. If the dispute remains live, the joint status report shall include the Parties' proposed schedule for renewed briefing. The schedule will provide a date for each Party's opening brief, and a date for responses (oppositions). No additional replies will be permitted.

Any renewed briefing shall address how the statutory text and structure, legislative history, and relevant caselaw bear on the question of whether, in conducting an Exemption 4 analysis, the Court can consider how a non-submitter owner (here, a Buyer) treats the withheld information in the absence of information about the submitter (here, a Grower). The Parties are limited to 15 pages for their opening brief, and 10 pages for their response (opposition), absent leave of Court.

1

The Court will convene the Parties for a status hearing approximately 30 days after the completion of any additional briefing, if a final decision has not been issued by then.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 28, 2025